FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 08, 2012

No. 04-12-00323-CV

**IN THE INTEREST OF S.K.V AND T.A.V., CHILDREN**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-01592
Honorable Peter Sakai, Judge Presiding

# O R D E R

In this accelerated appeal of the May 14, 2012 order terminating the appellant's parental rights, appellee's brief was originally due on October 15, 2012. *See* TEX. R. APP. P. 38.6(b). This court granted appellee's first motion for extension of time to file the brief until November 5, 2012, for an extension of twenty days. On November 5, 2012, appellee filed a second motion for extension of time requesting an additional twenty days to file her brief, for a total extension of forty days.

Appellee's motion for extension of time is GRANTED. Appellee's brief must be filed with this court by November 26, 2012. *See id.*

_____
Rebecca Simmons, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2012.

_____
Keith E. Hottle, Clerk

FILE COPY

*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

November 08, 2012

No. 04-12-00323-CV

**IN THE INTEREST OF S.K.V AND T.A.V., CHILDREN**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-01592
Honorable Peter Sakai, Judge Presiding

# O R D E R

In this accelerated appeal of the May 14, 2012 order terminating the appellant's parental rights, appellee's brief was originally due on October 15, 2012. *See* TEX. R. APP. P. 38.6(b). This court granted appellee's first motion for extension of time to file the brief until November 5, 2012, for an extension of twenty days. On November 5, 2012, appellee filed a second motion for extension of time requesting an additional twenty days to file her brief, for a total extension of forty days.

Appellee's motion for extension of time is GRANTED. Appellee's brief must be filed with this court by November 26, 2012. *See id.*

/s/ Rebecca Simmons
Rebecca Simmons, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2012.

/s/ Keith E. Hottle
Keith E. Hottle, Clerk

ENTERED THIS 8TH DAY OF November, 2012.

VOL. _____ PAGE _____